**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**REBECCA HAMPTON**                                                                                     **PLAINTIFF**

**v.**                           **Case No. 4:14-cv-00612 KGB/BD**

**CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration**                                                                   **DEFENDANT**

## **JUDGMENT**

The decision of Carolyn W. Colvin, Acting Commissioner, Social Security Administration, is reversed and remanded for further administrative action. This is "a sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED this 28th day of July, 2015.

*Kristine G. Baker*
_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE